IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHARLIE L. JONES,

   Plaintiff,

     v.

JONTHON GOLDBERG,

   Defendant.

CIVIL ACTION FILE
NO. 1:12-CV-3545-TWT

CHARLIE L. JONES,

   Plaintiff,

     v.

ROGER PARHAM,

   Defendant.

CIVIL ACTION FILE
NO. 1:12-CV-3547-TWT

ORDER

These are pro se civil actions. They are before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissal for lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. These actions are DISMISSED.

SO ORDERED, this 20 day of November, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge